UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-20226-ALTMAN

**ALBERTO FLORES-REYES**,

    *Petitioner*,

v.

**ASSISTANT FIELD OFFICE DIRECTOR**, *et al.*,

    *Respondents*.

_____/

**<u>ORDER</u>**

The Petitioner, Alberto Flores-Reyes, has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his immigration detention in the Krome Detention Center in Miami, Florida. *See* Petition for Habeas Corpus [ECF No. 1]. We therefore **ORDER AND ADJUDGE** as follows:

    1.    Assuming that counsel for the United States of America ("the Respondent") has not already done so, within **one week** of this Order, the Respondent shall file a written Notice, which shall provide:

> a) the name and address of the attorney at the United States Attorney's Office to whom this case has been assigned; and
>
> b) confirmation this attorney has requested any records that might be relevant to the Petitioner's claims.

    2.    By **February 4, 2026**, the Respondent shall file a Response Memorandum of fact and law, explaining *exactly* why the Petition for Habeas Corpus should not be granted. The Response Memorandum must:

> a)    address all of the Petitioner's claims on the merits, *even if* the Respondent is also asserting procedural defenses to some or all of the claims;

    b) include a procedural history with citations to the corresponding docket numbers in the underlying criminal case;

    c) include a recitation of facts with citations to the corresponding docket numbers in the underlying criminal case;

    d) append all documents and transcripts that might be necessary to resolve the Petition, whether they're in the Court's file or not;

    e) be captioned as a "Response" or an "Answer"—not as a motion to dismiss.

3. The Respondent shall address each of the Petitioner's claims in turn without trying to group or re-organize those claims. The Respondent must include any arguments or defenses to the Petition for Habeas Corpus in its Response. The Respondent **may not** incorporate by reference arguments the Government may have made in the underlying criminal case.

4. Any motion for an extension of time must be case-specific and must explain *why* an extension is necessary.

5. The Petitioner need not file a Reply. But, if the Petitioner does reply, the Petitioner must do so within **fifteen days** from the day on which the Response is filed. Any reply must comply with the Local Rules for the Southern District of Florida and may not exceed **ten pages** in length.

**DONE AND ORDERED** in the Southern District of Florida on January 16, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

    Noticing INS Attorney
    Email: usafls-immigration@usdoj.gov